# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Ebony Carson,

    Plaintiff,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　3:09-cv-251-RJC

Michael J. Astrue,
Commissioner of Social Security,

    Defendant.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 1, 2010 Order.

    Signed: December 1, 2010

_____
Frank G. Johns, Clerk
United States District Court